UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COLLEEN MARY GROBELNY and ROBERT GROBELNY, her husband, | |
| Plaintiffs, | Civil Action No. 05-cv-4645 (PGS) |
| v. | |
| BAXTER HEALTH CARE CORPORATION, THE AMERICAN RED CROSS, JOHN DOES 1-5, ABC CORPORATIONS 1-5 (said names being fictitious) | ORDER |
| Defendants. | |

This matter comes before this Court on a motion for summary judgment by Defendants Baxter Health Care Corporation and The American Red Cross pursuant to Fed. R. Civ. P. 56. The Court having heard oral argument on July 9, 2007, with all parties appearing via telephone before the Court, and having considered the parties' briefs and supporting papers; and for the reasons set forth on the record on August 3, 2007; and for good cause shown

IT IS on this 9 day of August, 2007;

**ORDERED** that defendants' motion for summary judgment be and is hereby denied.

Date: 8/9/07

PETER G. SHERIDAN, U.S.D.J.