## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COLLEEN MARY GROBELNY and ROBERT GROBELNY, her husband, | |
| Plaintiffs, | Civil Action No. 05-cv-4645 (PGS) |
| v. | |
| BAXTER HEALTH CARE CORPORATION, THE AMERICAN RED CROSS, et al. | **ORDER** |
| Defendants. | |

This matter comes before the Court on Defendants' renewed motion for summary judgment. The Court has considered the parties' submissions and arguments. For the reasons set forth in the record, and for good cause having been shown,

IT IS on this 18th day of July, 2008,

ORDERED that Defendants' renewed motion for summary judgment is granted and this case is hereby dismissed with prejudice.

July 18, 2008

PETER G. SHERIDAN, U.S.D.J.